Dennis Wilson (Bar No. 155407)
Email: DWilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
Email: DCaplan@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Of Counsel:
R. Charles Henn Jr.
Email: CHenn@KilpatrickStockton.com
Sara M.Vanderhoff
Email: SVanderhoff@KilpatrickStockton.com
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Attorneys for Plaintiffs adidas America, Inc. and adidas AG

FILED
CLERK, U.S. DISTRICT COURT

DEC - 9 2009
4:05

CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

Case No. CV09-9059 GAF PLAx

| | |
|---|---|
| adidas AMERICA, INC., and adidas AG,<br><br>Plaintiffs,<br><br>v.<br><br>VILLAGRAN SPORTS, A1 SOCCER PLANET, and ROLANDO VILLAGRAN, individually and d/b/a VILLAGRAN SPORTS and A1 SOCCER PLANET,<br><br>Defendants. | **COMPLAINT FOR:**<br>**1. FEDERAL TRADEMARK INFRINGEMENT (15 U.S.C. § 1114);**<br>**2. FEDERAL UNFAIR COMPETITION**<br>**3. FEDERAL TRADEMARK DILUTION (15 U.S.C. § 1125(c));**<br>**4. STATE TRADEMARK DILUTION AND INJURY TO BUSINESS REPUTATION;**<br>**5. UNFAIR AND DECEPTIVE TRADE PRACTICES; and**<br>**6. COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION.**<br><br>**DEMAND FOR JURY TRIAL** |

1    Plaintiffs adidas America, Inc. and AG (collectively, "adidas" or "Plaintiffs")
2    state the following for their Complaint against Defendants Villagran Sports, A1 Soccer
3    Planet, and Rolando Villagran, individually and d/b/a Villagran Sports and A1 Soccer
4    Planet (collectively, "Defendants").

**INTRODUCTION**

6    1.    This is an action at law and in equity for trademark infringement and
7    dilution, injury to business reputation, unfair competition, and deceptive trade practices,
8    arising under the Trademark Act of 1946, 15 U.S.C. §§ 1051 *et seq.* (2004) ("Lanham
9    Act"); the antidilution laws of California, Cal. Bus. & Prof. Code § 14330 (West 2008);
10   the fair business practices and unfair and deceptive trade practices laws of California,
11   Cal. Bus. & Prof. Code § 17200 (West 2008); and the common law.

12   2.    Defendants are offering for sale and selling apparel that bear confusingly
13   similar imitations of adidas's federally registered Three-Stripe trademark (the "Three-
14   Stripe Mark"). Defendants' apparel is not manufactured by adidas, nor are Defendants
15   connected or affiliated with, or authorized by, adidas in any way. Defendants'
16   merchandise is likely to cause confusion and to deceive consumers and the public
17   regarding its source, and Defendants' merchandise dilutes and tarnishes the distinctive
18   quality of adidas's Three-Stripe Mark.

**JURISDICTION AND VENUE**

20   3.    This Court has subject matter jurisdiction under section 39 of the Lanham
21   Act, 15 U.S.C. § 1121, and under 28 U.S.C. §§ 1331 and 1338. This Court has
22   jurisdiction over adidas's related state and common-law claims pursuant to 28 U.S.C.
23   §§ 1338 and 1367.

24   4.    This Court has personal jurisdiction over Defendants because Defendants
25   have distributed, offered for sale, or sold infringing merchandise within this State, have
26   engaged in acts or omissions within this State causing injury, have manufactured or
27   distributed products used or consumed within this State in the ordinary course of trade,
28   or have otherwise made contacts with this State sufficient to permit the exercise of

COMPLAINT

1  personal jurisdiction.  This District is a proper venue pursuant to 28 U.S.C. § 1391(b)(2)

2  because a substantial part of the acts or omissions giving rise to adidas's claims

3  occurred in this District.

### THE PARTIES

5      5.      adidas AG is a joint stock company organized and existing under the laws

6  of the Federal Republic of Germany, having its office and principal place of business at

7  Postfach 1120, D-91072 Herzogenaurach, Federal Republic of Germany.

8      6.      adidas America, Inc., is a corporation organized and existing under the

9  laws of the State of Delaware, having its principal place of business at 5055 N. Greeley

10  Avenue, Portland, Oregon 97217.  adidas America, Inc., is wholly owned by adidas AG

11  and its affiliates and, within this country, adidas America is a licensed distributor of

12  ADIDAS brand merchandise, including goods bearing the distinctive Three-Stripe

13  Mark.  adidas AG and adidas America, Inc., and any predecessors or related entities, are

14  collectively referred to as "adidas."

15      7.      On information and belief, Defendant Villagran Sports is an unregistered

16  organization doing business in California at 330 Wall Street Suite 7, Los Angeles,

17  California 90013.

18      8.      On information and belief, Defendant A1 Soccer Planet is an unregistered

19  organization doing business in California at 330 Wall Street Suite 7, Los Angeles,

20  California 90013.

21      9.      On information and belief, Defendant Rolando Villagran is a resident of

22  California doing business as and under the fictitious names Villagran Sports and A1

23  Soccer Planet.  On information and belief, Defendant Rolando Villagran operates his

24  business at 330 Wall Street Suite 7, Los Angeles, California 90013.

### FACTS COMMON TO ALL CLAIMS FOR RELIEF

26      10.      adidas is currently, and for years has been, one of the world's leading

27  manufacturers of athletic footwear, sportswear, and sporting equipment.  Over fifty

28  years ago, adidas first placed three parallel bands on its athletic shoes, and the Three-

1   Stripe Mark came to signify the quality and reputation of adidas footwear to the

2   sporting world early in the company's history.

3       11.    At least as early as 1967, adidas began using the Three-Stripe Mark on

4   apparel sold in the United States and worldwide.  Pages from adidas catalogs featuring

5   apparel bearing the Three-Stripe Mark are attached as **Exhibit 1**.

6       12.    adidas AG is the owner of a federal trademark registration, Reg. No.

7   2,058,619, issued by the United States Patent and Trademark Office on May 6, 1997,

8   for the Three-Stripe Mark, as depicted below, for "sports and leisure wear, namely

9   shirts."



14  Affidavits have been filed pursuant to Sections 8 and 15 of the Lanham Act, 15 U.S.C.

15  §§ 1058 and 1065, and this registration is incontestable.  A copy of the Certificate of

16  Registration for this mark is attached as **Exhibit 2**.

17      13.    adidas AG is the owner of a federal trademark registration, Reg. No.

18  3,029,127, issued by the United States Patent and Trademark Office on December 13,

19  2005, for the Three-Stripe Mark, as depicted below, for "clothing, namely, T-shirts,

20  sweatshirts, jackets and coats."  A copy of the Certificate of Registration for this mark

21  is attached as **Exhibit 3**.



26      14.    adidas AG is the owner of a federal trademark registration, Reg. No.

27  3,087,329, issued by the United States Patent and Trademark Office on May 2, 2006,

28  for the Three-Stripe Mark, as depicted below, for "clothing, namely, shirts, T-shirts,

COMPLAINT

sweatshirts, vests, jackets and coats." A copy of the Certificate of Registration for this mark is attached as **Exhibit 4**.



15.     adidas AG is the owner of a federal trademark registration, Reg. No. 2,278,591, issued by the United States Patent and Trademark Office on September 21, 1999, for the Three-Stripe Mark, as depicted below, for "sports and leisure wear, namely shorts."



Affidavits have been filed pursuant to Sections 8 and 15 of the Lanham Act, 15 U.S.C. §§ 1058 and 1065, and this registration is incontestable. A copy of the Certificate of Registration for this mark is attached as **Exhibit 5**.

16.     adidas AG is the owner of a federal trademark registration, Reg. No. 2,284,308, issued by the United States Patent and Trademark Office on October 12, 1999, for the Three-Stripe Mark, as depicted below, for "sports and leisure wear, namely pants."



COMPLAINT

Affidavits have been filed pursuant to Sections 8 and 15 of the Lanham Act, 15 U.S.C. §§ 1058 and 1065, and this registration is incontestable. A copy of the Certificate of Registration for this mark is attached as **Exhibit 6**.

17.    adidas AG is the owner of a federal trademark registration, Reg. No. 870, 136, issued by the United States Patent and Trademark Office on May 27, 1969, for the Three-Stripe Mark, as depicted below, for "athletic training suits."



Affidavits have been filed pursuant to Sections 8 and 15 of the Lanham Act, 15 U.S.C. §§ 1058 and 1065, and this registration is incontestable. A copy of the Certificate of Registration for this mark is attached as **Exhibit 7**.

18.    adidas AG is the owner of a federal trademark registration, Reg. No. 2,016,963, issued by the United States Patent and Trademark Office on November 19, 1996, for the Three-Stripe Mark, as depicted below, for "sports and leisure wear, namely jackets."



Affidavits have been filed pursuant to Sections 8 and 15 of the Lanham Act, 15 U.S.C. §§ 1058 and 1065, and this registration is incontestable. A copy of the Certificate of Registration for this mark is attached as **Exhibit 8**.

19.    adidas also owns numerous additional trademark registrations for the Three-Stripe Mark covering footwear (Reg. Nos. 961,353, 1,815,956, 1,833,868,

COMPLAINT

2,278,589, 3,209,135, 3,029,129, 2,909,861, and 2,999,646) and other various items of apparel (Reg. Nos. 3,063,745, 3,063,742, 3,183,656, and 3,236,505). A copy of the Certificate of Registration for each of these marks is attached as **Exhibit 9**.

20.    adidas also owns federal registrations for verbal trademarks using the term "three stripes" including THE BRAND WITH THE THREE STRIPES, Reg. No. 1,674,229, for sport and leisure wear. A copy of the Certificate of Registration for this mark is attached as **Exhibit 10**.

21.    The Three-Stripe Mark is well-known and famous and has been for many years. adidas has used the Three-Stripe Mark in connection with their frequent sponsorship of sports tournaments and organizations, as well as professional athletes and collegiate sports teams. For many years, adidas has been a sponsor of the World Cup soccer tournament and has sponsored many soccer players, including David Beckham and Zinedine Zidane. adidas also has been the exclusive apparel provider for many famous soccer teams around the World, including the Hamburg Football Club, Newcastle United Football Club, A.C. Milan, Olympique de Marseille, and Chelsea Football Club. Examples of such apparel are depicted below and on the following page:

<u>**adidas Hamburg Jersey**</u>          <u>**adidas Newcastle Jersey**</u>




COMPLAINT

**adidas A.C. Milan Jersey**



**adidas Marseille Jersey**



**adidas Chelsea Jersey**



22.    In addition, adidas has sponsored the world-famous Boston Marathon for more than two decades, and has sponsored many other events, teams, and individuals, including the New York Yankees, Notre Dame, the University of California at Los Angeles, the University of Nebraska, the University of Tennessee, NBA stars Tim Duncan, Kevin Garnett, and Tracy McGrady, professional golfer Sergio Garcia, and baseball player Nomar Garciaparra.  Prominent use of the Three-Stripe Mark in connection with these sponsorship activities has further enhanced the mark's recognition and fame.

23.    The Three-Stripe Mark is non-functional, and the public recognizes and understands that the Three-Stripe Mark distinguishes and identifies adidas's

COMPLAINT

merchandise. Indeed, unsolicited media coverage has referred to the "iconic three stripes" (*Footwear News*, June 16, 2008), the "signature three stripes" (*L.A. Times*, August 13, 2004), the "famous brand with the three stripes" (*San Francisco Chronicle*, July 7, 2002), and the "legendary Adidas three stripes" (*Brand Strategy*, September 27, 1999). This is particularly true within the soccer arena. Indeed, "[a]s the leading seller of soccer shoes, Adidas AG has long been an official sponsor of the World Cup. And every four years, when the tournament rolls around, its shoe sales rise. But typically, counterfeiters -- primarily in China -- also spring into production." (*Corporate Counsel*, May 25, 2007).

24.    For decades, adidas extensively and continuously has used and promoted the Three-Stripe Mark in connection with apparel and footwear. In recent years, annual sales of products bearing the Three-Stripe Mark have totaled in the billions of dollars globally and in the hundreds of millions of dollars within the United States. The Three-Stripe Mark has achieved international fame and tremendous public recognition.

25.    Since introducing its Three-Stripe Mark, adidas has spent millions of dollars promoting the mark and products bearing the mark. As a result of adidas's continuous and exclusive use of the Three-Stripe Mark in connection with its products, the mark enjoys wide public acceptance and association with adidas, and has come to be recognized widely and favorably by the public as an indicator of the origin of adidas's goods.

26.    As a result of adidas's extensive use and promotion of its Three-Stripe Mark, adidas has built up and now owns valuable goodwill that is symbolized by the mark. The purchasing public has come to associate the Three-Stripe Mark with adidas.

## DEFENDANTS' UNLAWFUL ACTIVITIES

27.    On information and belief, Defendants design, source, market, sell and offer for sale apparel in interstate commerce that bear counterfeit and confusingly similar imitations of adidas's Three-Stripe Mark and that are essentially knock-offs of official adidas soccer jerseys. For example, on information and belief, Defendants

-8-

market and offer for sale the soccer jerseys depicted below and on the following pages, which are virtually identical replicas of the uniforms of the Hamburg Football Club, Newcastle United Football Club, A.C. Milan, Olympique de Marseille, and Chelsea Football Club:

| adidas Apparel | Defendants' Infringing Apparel |
|---|---|
|  |  |
|  |  |



| adidas Apparel | Defendants' Infringing Apparel |
|---|---|
|  |  |
|  |  |
|  |  |

COMPLAINT

28.    On information and belief, Defendants were familiar with the adidas Three-Stripe Mark and various adidas soccer apparel when they created the apparel identified in this Complaint.  On further information and belief, Defendants intentionally designed their apparel to mislead and deceive consumers into believing that their apparel was sold, authorized, or licensed by adidas.

29.    On information and belief, in addition to the apparel depicted in Paragraph 27, Defendants have sold or offered for sale jerseys that are confusingly similar to the jerseys of other official adidas-sponsored soccer teams, and which bear confusingly similar marks to adidas's Three-Stripe Mark.

30.    The goods distributed, offered for sale, and sold by Defendants are not manufactured by adidas, nor are Defendants associated or connected with adidas, or licensed, authorized, sponsored, endorsed, or approved by adidas in any way.

31.    adidas used the Three-Stripe Mark extensively and continuously before Defendants began using and selling confusingly similar imitations of adidas's apparel.

32.    The goods sold by Defendants are similar to, and compete with, goods sold by adidas, and are sold through overlapping channels of trade.

33.    Defendants' use of confusingly similar imitations of adidas's Three-Stripe Mark is likely to deceive, confuse, and mislead purchasers and prospective purchasers into believing that apparel sold by Defendants is manufactured by, authorized by, or in some manner associated with adidas, which it is not.  The likelihood of confusion, mistake and deception engendered by Defendants' misappropriation of adidas's mark is causing irreparable harm to the goodwill symbolized by the Three-Stripe Mark and the reputation for quality that it embodies.

34.    Defendants' activities are likely to cause confusion before, during, and after the time of purchase because purchasers, prospective purchasers, and others viewing Defendants' apparel at the point of sale or on a wearer are likely -- due to Defendants' use of confusingly similar imitations of the Three-Stripe Mark -- to mistakenly attribute the product to adidas.  This is particularly damaging with respect to

- 11 -

1    those persons who perceive a defect or lack of quality in Defendants' products.  By

2    causing such a likelihood of confusion, mistake, and deception, Defendants are

3    inflicting irreparable harm to the goodwill symbolized by the Three-Stripe Mark and the

4    reputation for quality that it embodies.

5         35.    On information and belief, Defendants continue to use confusingly similar

6    imitations of adidas's Three-Stripe Mark in connection with the sale of products that are

7    directly competitive to those offered by adidas.  Defendants began selling these

8    imitations well after adidas had established protectable rights in its Three-Stripe Mark,

9    and well after the Three-Stripe Mark became famous.

10        36.    On information and belief, Defendants knowingly, willfully, intentionally,

11   and maliciously adopted and used confusingly similar imitations of adidas's Three-

12   Stripe Mark.

13        37.    On September 3, 2009, counsel for adidas sent a cease and desist letter to

14   Defendants regarding the infringing apparel.  A true and correct copy of this September

15   3, 2009 letter is attached as **Exhibit 11**.  Defendants did not respond to adidas's

16   September 3, 2009 letter and continued to sell the infringing apparel.

17        38.    On October 9, 2009, counsel for adidas sent another cease and desist letter

18   to Defendants regarding the infringing apparel.  A true and correct copy of this October

19   9, 2009 letter is attached as **Exhibit 12**.  Defendants did not respond to adidas's

20   October 9, 2009 letter and continued to sell the infringing apparel.

21        39.    On November 23, 2009, a licensed private investigator hand-delivered a

22   third letter to Defendants from adidas's counsel dated November 3, 2009 (that enclosed

23   the September 3 and October 9 letters).  A true and correct copy of this November 3,

24   2009 letter is attached as **Exhibit 13**.  On information and belief, Defendants continue

25   to sell the infringing apparel.

26   //

27   //

28   //

- 12 -

COMPLAINT

**FIRST CLAIM FOR RELIEF**
**(Federal Trademark Infringement)**

40.   adidas repeats and incorporates by reference the allegations in paragraphs 1 through 39.

41.   Defendants' use of confusingly similar imitations of adidas's Three-Stripe Mark is likely to cause confusion, deception, and mistake by creating the false and misleading impression that Defendants' goods are manufactured or distributed by adidas, or associated or connected with adidas, or have the sponsorship, endorsement, or approval of adidas.

42.   Defendants have used marks confusingly similar to adidas's federally registered marks in violation of 15 U.S.C. § 1114, and Defendants' activities have caused and, unless enjoined by this Court, will continue to cause a likelihood of confusion and deception of members of the trade and public and, additionally, injury to adidas's goodwill and reputation as symbolized by the federally registered Three-Stripe Mark, for which adidas has no adequate remedy at law.

43.   Defendants' actions demonstrate an intentional, willful, and malicious intent to trade on the goodwill associated with adidas's federally registered Three-Stripe Mark to adidas's great and irreparable injury.

44.   Defendants have caused and are likely to continue causing substantial injury to the public and to adidas, and adidas is entitled to injunctive relief and to recover Defendants' profits, actual damages, enhanced profits and damages, costs, and reasonable attorneys' fees under 15 U.S.C. §§ 1114, 1116 and 1117.

**SECOND CLAIM FOR RELIEF**
**(Federal Unfair Competition)**

45.   adidas repeats and incorporates by reference the allegations in paragraphs 1 through 44.

46.   Defendants' use of confusingly similar imitations of adidas's Three-Stripe Mark has caused and is likely to cause confusion, deception, and mistake by creating the false and misleading impression that Defendants' goods are manufactured or

- 13 -

distributed by adidas, or are affiliated, connected, or associated with adidas or have the sponsorship, endorsement, or approval of adidas.

47.    Defendants have made false representations, false descriptions, and false designations of origin of its goods in violation of 15 U.S.C. § 1125(a), and Defendants' activities have caused and, unless enjoined by this Court, will continue to cause a likelihood of confusion and deception of members of the trade and public and, additionally, injury to adidas's goodwill and reputation as symbolized by the Three-Stripe Mark, for which adidas has no adequate remedy at law.

48.    Defendants' actions demonstrate an intentional, willful, and malicious intent to trade on the goodwill associated with adidas's Three-Stripe Mark to the great and irreparable injury of adidas.

49.    Defendants' conduct has caused, and is likely to continue causing, substantial injury to the public and to adidas.  adidas is entitled to injunctive relief and to recover Defendants' profits, actual damages, enhanced profits and damages, costs, and reasonable attorneys' fees pursuant to 15 U.S.C. §§ 1125(a), 1116 and 1117.

### THIRD CLAIM FOR RELIEF
### (Federal Trademark Dilution)

50.    adidas repeats and incorporates by reference the allegations in paragraphs 1 through 49.

51.    adidas has extensively and continuously promoted and used the registered Three-Stripe Mark both in the United States and throughout the world.  The mark thereby had become a famous and well-known symbol of adidas's goods and services well before Defendants offered for sale the apparel complained of in this Complaint.

52.    Defendants are making commercial use in commerce of a mark that dilutes and is likely to dilute the distinctiveness of adidas's Three-Stripe Mark by eroding the public's exclusive identification of this famous mark with adidas, tarnishing and degrading the positive associations and prestigious connotations of the mark, and

- 14 -

1   otherwise lessening the capacity of the mark to identify and distinguish goods and

2   services.

3       53.    Defendants' actions demonstrate an intentional, willful, and malicious

4   intent to trade on the goodwill associated with adidas's Three-Stripe Mark or to cause

5   dilution of the Three-Stripe Mark, to the great and irreparable injury of adidas.

6       54.    Defendants have caused and will continue to cause irreparable injury to

7   adidas's goodwill and business reputation, and dilution of the distinctiveness and value

8   of adidas's famous and distinctive Three-Stripe Mark in violation of 15 U.S.C.

9   § 1125(c).  adidas therefore is entitled to injunctive relief and to Defendants' profits,

10  actual damages, enhanced profits and damages, costs, and reasonable attorneys' fees

11  pursuant to 15 U.S.C. §§ 1125(c), 1116 and 1117.

12                  **FOURTH CLAIM FOR RELIEF**
                **(State Trademark Dilution and Injury to Business Reputation)**
13
14      55.    adidas repeats and incorporates by reference the allegations in paragraphs 1

15  through 54.

16      56.    adidas has extensively and continuously promoted and used the registered

17  Three-Stripe Mark both in the United States and throughout the world, and the mark has

18  become a distinctive, famous and well-known symbol of adidas's goods and services.

19      57.    Defendants' unauthorized use of adidas's registered Three-Stripe Mark

20  dilutes and is likely to continue to dilute the distinctiveness of adidas's mark by eroding

21  the public's exclusive identification of this famous and well-known mark with adidas,

22  tarnishing and degrading the positive associations and prestigious connotations of the

23  mark, and otherwise lessening the capacity of the mark to identify and distinguish

24  adidas's goods and services.

25      58.    Defendants' actions demonstrate an intentional, willful, and malicious

26  intent to trade on the goodwill associated with adidas's Three-Stripe Mark or to cause

27  dilution of the Three-Stripe Mark, to the great and irreparable injury of adidas.

28

- 15 -

59.    Defendants are causing and will continue to cause irreparable injury to adidas's goodwill and business reputation, and dilution of the distinctiveness and value of adidas's famous and distinctive Three-Stripe Mark in violation of California law, Cal. Prof. & Bus. Code § 14330 (West 2008).  adidas therefore is entitled to injunctive relief, damages and costs, as well as, if appropriate, enhanced damages and reasonable attorneys' fees.

## FIFTH CLAIM FOR RELIEF
### (Common Law Trademark Infringement and Unfair Competition)

60.    adidas repeats and incorporates by reference the allegations in paragraphs 1 through 59.

61.    Defendants' acts constitute common law trademark infringement and unfair competition, and have created and will continue to create a likelihood of confusion to the irreparable injury of adidas unless restrained by this Court.  adidas has no adequate remedy at law for this injury.

62.    On information and belief, Defendants acted with full knowledge of adidas's use of, and statutory and common law rights to, the Three-Stripe Mark and without regard to the likelihood of confusion of the public created by Defendants' activities.

63.    Defendants' actions demonstrate an intentional, willful, and malicious intent to trade on the goodwill associated with adidas's Three-Stripe Mark to the great and irreparable injury of adidas.

64.    As a result of Defendants' acts, adidas has been damaged in an amount not as yet determined or ascertainable.  At a minimum, however, adidas is entitled to injunctive relief, to an accounting of Defendants' profits, to damages, and to costs.  In light of the deliberately fraudulent and malicious use of confusingly similar imitations of adidas's Three-Stripe Mark, and the need to deter Defendants from similar conduct, adidas additionally is entitled to punitive damages.

COMPLAINT

## SIXTH CLAIM FOR RELIEF
### (Unfair and Deceptive Trade Practices)

65.    adidas repeats and incorporates by reference the allegations in paragraphs 1 through 64.

66.    Defendants have been and are passing off their goods as those of adidas, causing a likelihood of confusion or of misunderstanding as to the source, sponsorship, or approval of Defendants' goods, causing a likelihood of confusion as to Defendants' affiliation, connection, or association with adidas, and otherwise damaging the public. Defendants' conduct constitutes unfair and deceptive acts or practices in the course of a business, trade, or commerce in violation of California law, Cal. Prof. & Bus. Code § 17200 (West 2008).

67.    Defendants' unauthorized use of confusingly similar imitations of adidas's Three-Stripe Mark has caused and is likely to cause substantial injury to the public and to adidas, and adidas is entitled to injunctive relief and to recover damages, punitive damages, costs and reasonable attorneys' fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that:

1.    Defendants and all their agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under authority from Defendants, or in concert or participation with Defendants, and each of them, be enjoined permanently, from:

   a.  using the Three-Stripe Mark or any other copy, reproduction, or confusingly similar imitation or simulation of adidas's Three-Stripe Mark on or in connection with Defendants' goods or services;

   b.  using any trademark, service mark, name, logo, design, or source designation of any kind on or in connection with Defendants' goods or services that is a copy, reproduction, colorable imitation, or simulation of, or confusingly similar to, the trademarks, service marks, names, or logos of adidas;

- 17 -

    c. using any trademark, service mark, name, logo, design, or source designation of any kind on or in connection with Defendants' goods or services that is likely to cause confusion, mistake, deception, or public misunderstanding that such goods or services are produced or provided by adidas, or are sponsored or authorized by or in any way connected or related to adidas;

    d. using any trademark, service mark, name, logo, design, or source designation of any kind on or in connection with Defendants' goods or services that dilutes or is likely to dilute the distinctiveness of the trademarks, service marks, names, or logos of adidas; and

    e. passing off, palming off, or assisting in passing off or palming off, Defendants' goods or services as those of adidas, or otherwise continuing any and all acts of unfair competition as alleged in this Complaint;

2.    Defendants be ordered to recall all products bearing the Three-Stripe Mark or any other confusingly similar mark, which have been shipped by Defendants or under Defendants' authority, to any customer including, but not limited to, any wholesaler, distributor, retailer, consignor, or marketer, and also to deliver to each customer a copy of this Court's order as it relates to said injunctive relief against Defendants;

3.    Defendants be ordered to deliver up for impoundment and for destruction all apparel, bags, boxes, labels, tags, signs, packages, receptacles, advertising, sample books, promotional material, stationery, or other materials in the possession, custody, or under the control of Defendants that are found to adopt, infringe, or dilute any of adidas's trademarks or that otherwise unfairly compete with adidas and its products and services or that are otherwise deceptive;

4.    Defendants be compelled to account to adidas for any and all profits derived by Defendants from the sale or distribution of infringing goods as described in this Complaint, including prejudgment interest thereon;

COMPLAINT

5.   adidas be awarded all damages caused by the acts forming the basis of this Complaint, including prejudgment interest thereon;

6.   Based on Defendants' knowing and intentional use of confusingly similar imitations of adidas's Three-Stripe Mark, the damages award be trebled and the award of Defendants' profits be enhanced as provided for by 15 U.S.C. § 1117(a);

7.   Defendants be required to pay to adidas the costs of this action and their reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a), and the state statutes cited in this Complaint;

8.   Based on Defendants' willful and deliberate infringement and dilution of adidas's marks, and to deter such conduct in the future, adidas be awarded punitive damages; and

9.   adidas have such other and further relief as the Court may deem just.

DATED:   December 9, 2009

Respectfully submitted,

Dennis L. Wilson
Keats McFarland & Wilson LLP
9720 Wilshire Blvd., Penthouse Suite
Beverly Hills, California 90212
Telephone:  (310) 248-3830
Facsimile:  (310) 860-0363

Attorneys for Plaintiffs

R. Charles Henn Jr.
Sara M. Vanderhoff
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone:  (404) 815-6500
Facsimile:  (404) 541-3240

Of Counsel for Plaintiffs

COMPLAINT

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial in accordance with Fed. R. Civ. P. 38 and Local Rule 38.

Dated: December 9, 2009

By:_____

Dennis L. Wilson
Keats McFarland & Wilson LLP

Of Counsel:

R. Charles Henn Jr.
Sara M. Vanderhoff
KILPATRICK STOCKTON LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309-4530
Telephone: (404) 815-6500

Attorneys for Plaintiffs
adidas AMERICA, INC., and
adidas AG

- 20 -

# Exhibit 1



2003

Q2

VOLUME WORKBOOK

Exhibit 1
Page 1 of 26
Complaint

EXHIBIT __1__
PAGE __21__

Case 2:09-cv-09059-GAF-PLA    Document 1    Filed 12/09/2009    Page 24 of 101

## MEN'S

### TRAINING FOR SPORT
performance basics

**64**



**adi Body Heavyweight Mock** — $50.00
Climalite™ heavyweight fitted top. Heat-transfer Climalite logo front right hem. Heat-transfer adidas brandmark left sleeve cuff.
90% polyester / 10% spandex.
Sizes: S l M l L l XL l 2XL l 3XL.

| | | |
|---|---|---|
| 262981 | White | |
| 262978 | Collegiate Navy | |
| 262982 | Black | |

Available: 11/25/02

**Big Game Sideline Jacket** — $70.00
Full-zip jacket. Mesh lining. Applied 3-Stripes on front and down sleeves. Microfleece at neck, sleeve cuff and inside pockets. Internal bungi cord and left breast pocket. Open bottom hem.
Embroidered adidas brandmark at right chest.
100% polyester.
Sizes: S l M l L l XL l 2XL l 3XL.

| | | |
|---|---|---|
| 162304 | Dark/Red l White | |
| 162307 | Legit Maroon l White | |
| 161787 | Collegiate Navy l White | |
| 162302 | Black l White | |

Available: 2/25/03

**Big Game Full-Zip Microfleece Jacket** — $60.00
Full-zip microfleece jacket. Applied stripes on lower sleeves. Pouch pockets. Binding on cuffs and open hem. Embroidered adidas brandmark on right chest.
100% polyester brushed microfleece – both sides.
Sizes: S l M l L l XL l 2XL l 3XL.

| | | |
|---|---|---|
| 162234 | Sand/Storm White | |
| 162238 | Black l White | |
| 162233 | University Red l White | |
| 162235 | Forest l White | |
| 162236 | Legit l Maroon l White | |
| 162239 | Collegiate Navy l White | |
| 162232 | Roy l White | |

Available: 2/25/03

**Legend:**
• Carryover   ✓ Carry Forward to Fall '03   † Sample Not Available   ★ Auto-replenish

Exhibit 1
Page 2 of 26
Complaint

EXHIBIT 1
PAGE 22



**MEN'S**

**TRAINING FOR SPORT**
performance basics

55

**TS 2003 Outerwear Jacket**
$50.00
A242000
Full-zip jacket. Light polyfill and jersey lining. Applied 3-Stripes on front and lower sleeves. Concealed hood. Elastic cuffs. Welt pockets. Internal waist cinch with toggle pocket. Embroidered adidas brandmark at right chest.
100% nylon twill.
65% polyester 35% cotton jersey.
Sizes: S1 M1 L1 XL1 2XL1 3XL.
Available: 2125/03
162310   1 University Red
162311   1 Collegiate Navy
162312   1 Black

**TS 2003 Coaches Windshirt**
$55.00
A242000
Half-zip pullover. Mesh lining. Applied 3-Stripes on shoulders. Elastic cuffs. Welt pockets. Side-seam rib. Bungi cord at open bottom hem. Embroidered adidas brandmark at right chest.
100% nylon woven taffeta.
Sizes: S1 M1 L1 XL1 2XL1 3XL.
Available: 2125/03
162277   1 University Red 1 White
162272   1 Collegiate Purple 1 White
162274   1 Forest 1 White
162276   1 Collegiate Royal 1 White
162271   1 University Gold 1 White
162275   1 Collegiate Navy 1 White
162270   1 Black 1 White

• Carryover   ✓ Carry Forward to Fall '03   † Sample Not Available   ★ Auto-replenish

Exhibit 1
Page 3 of 26
Complaint

EXHIBIT 1
PAGE 23



## MEN'S

### TRAINING FOR SPORT
performance basics

58

**TS2003 Warm-Up Jacket** — $60.00 — AC300DU

Full-zip jacket. Mesh lining. Applied 3-Stripes on front and lower sleeves. Elastic cuffs. Welt pockets. Internal bungy cord at open bottom hem. Embroidered adidas brandmark at right chest.

100% nylon woven taffeta.

Sizes: S | M | L | XL | 2XL | 3XL        Available: 2/25/03

| | |
|---|---|
| 162259 | University Red/White |
| 162264 | Collegiate Purple/White |
| 162295 | Forest/White |
| 162297 | Collegiate Royal/White |
| 162283 | Light Maroon/White |
| 162296 | Collegiate Navy/White |
| 162292 | Black/White |

**TS2003 Warm-Up Pant** — $48.00 — AC300NU

Pull-on pant. Mesh lining. Drawcord and elastic waist. Applied 3-Stripes down leg tips. Open bottom hem. Embroidered adidas brandmark at right hip.

100% nylon woven taffeta.

Sizes: S | M | L | XL | 2XL | 3XL        Available: 2/25/03

| | |
|---|---|
| 162290 | University Red |
| 162265 | Collegiate Purple |
| 162287 | Forest |
| 162289 | Collegiate Royal |
| 162293 | Light Maroon |
| 162288 | Collegiate Navy |
| 162281 | Black |

* Carryover    / Carry Forward to Fall '03    † Sample Not Available    ✱ Auto-replenish

Exhibit 1
Page 4 of 26
Complaint

EXHIBIT 1
PAGE 24



**MEN'S**

**57**

## TRAINING FOR SPORT
performance basics

### T82003 Performance Polo
$46.00
AZ25600

ClimaLite® polo. Knit collar. Two-button placket. Applied 3-stripes on sleeve front. Open-hem sleeve. Embroidered adidas brandmark at right chest.
97% polyester double-knit 1.5% spandex.
Sizes: S I M I L I XL I 2XL I 3XL.

Available: 2 I 25 I 03

| | | |
|---|---|---|
| 162261 | White I College Navy | ✓ |
| 162281 | White I Black | ✓ |
| 162260 | Sun Sheen I Black I White | ✓ |
| 162269 | University Red I White | ✓ |
| 162265 | Collegiate Purple I White | ✓ |
| 162266 | Forest I White | ✓ |
| 162268 | Collegiate Royal I White | ✓ |
| 162264 | Light Maroon I White | ✓ |
| 162267 | Collegiate Navy I White | ✓ |
| 162263 | Black I White | ✓ |
| 162259 | Black I University Red I White | ✓ |

### Team Recruiting Polo 2
$50.00
AZ25800

Saddle-raglan striped polo. Hidden two-button placket. Ribbed collar and cuff. Embroidered adidas brandmark on left sleeve.
65% polyester I 35% rayon.
Sizes: S I M I L I XL I 2XL I 3XL.

Available: 2 I 25 I 03

| | | |
|---|---|---|
| 162230 | White I Dark Grey Heather | ✓ |
| 162229 | Dark Steel I Medium Grele | ✓ |
| 162231 | | ✓ |

• Carryover     ✓ Carry Forward to Fall '03     † Sample Not Available     ★ Auto-replenish

Exhibit 1
Page 5 of 26
Complaint

EXHIBIT  1
PAGE  25

**BC Brio Jacket**

$58.00

AC26000

Contrast self fabric applied 3-Stripes on back, and embroidered adidas brandmark on left chest.
100% polyester flatback mesh.
Sizes: XS | S | M | L | XL

Available: 2 | 25 | 03

| | | | | |
|---|---|---|---|---|
| 171673 | Columbia Blue | White | | † |
| 213702 | New Navy | White | | |
| 171672 | Dark Navy | Gecko | | |
| 213705 | Black | White | | ✓ |
| 181601 | Black | Univa | | ✓ † |



**BC Brio Pant**

$40.00

AC26060

Contrast self fabric applied 3-Stripes on side seams, embroidered adidas brandmark on left hip.
100% polyester flatback mesh.
Sizes: XS | S | M | L | XL

Available: 2 | 25 | 03

| | | | | |
|---|---|---|---|---|
| 171904 | Columbia Blue | White | White | |
| 213707 | New Navy | White | White | † |
| 171903 | Dark Navy | Gecko | Gecko | |
| 213710 | Black | White | White | ✓ † |
| 181599 | Black | Univa | Univa | |



• Carryover    ✓ Carry Forward to Fall '03    † Sample Not Available    ✶ Auto-replenish

Exhibit 1
Page 6 of 26
Complaint

EXHIBIT 1
PAGE 26



Exhibit 1
Page 7 of 26
Complaint

EXHIBIT __1__
PAGE __27__

## OUTERWEAR







### MIDNIGHT SUN JACKET

Full-zip, hood jacket with zip pocket, center back vent, kangaroo cord with front inside pockets, dropped tail, and foldover brushed mesh inner collar. Layer® cuff bindings, reflective athlete logos at left chest and upper center back, and contrast color heat panels and 3M™ three stripe design.
100% Polyester Mini-Mesh
100% Polyester Taffeta
Available: +12/25/08

**A4OOOF $80.00**
S   M   L   XL

255791   Scarlet/Act White
255792   Fold/Act White
255790   Ruby/Act White

### MIDNIGHT SUN VEST

Full-zip vest with zip pockets, kangaroo cord waistband, dropped tail, and lined front/upper center back body. Brushed mesh foldover inner collar and lower center back, contrast color shoulder heat and 3M™ three-stripe design, and reflective adidas logos at left chest and upper center back.
100% Polyester Mini-Mesh
100% Polyester Taffeta
Available: +12/25/08

**A3250F $65.00**
S   M   L   XL

255788   Scarlet/Act White-Black
255789   Fold/Act White-Black
255787   Ruby/Act White-Black

### MIDNIGHT SUN PANT

Fully mesh-lined pant with drawcord waistband, center leg crease seams, side seam zip pockets, lower leg zips, elastic cuffs, and reflective adidas logos at left hip and right calf.
100% Polyester Mini-Mesh
100% Polyester Taffeta
Available: +12/25/08

**A2750F $55.00**
S   M   L   XL

000001   Black

* Promoted by athlete

**RUNNING**

Exhibit 1
Page 8 of 26
Complaint

EXHIBIT ___1___
PAGE ___28___



# TENNIS





## ★ THREE-STRIPE BASIC POLO

Button placket, colorblocked polo with mesh raglan sleeves, rib collar and cuffs, and adidas logo on left chest.

80% Cotton/20% Poly Interlock Jacquard
70% Cotton/30% Poly Mesh

Available: 12/25/98

A2000F $40.00    S  M  L  XL  XXL

621118  Adi White/Pacific-Chlorophyl
621116  Adi White/Blue Ribbon-Satellite
621119  Pacific/Chlorophyl-Adi White
621117  Blue Ribbon/Satellite-Adi White

## ★ THREE-STRIPE TRAINING FLEECE

Half-zip pullover with three stripes across raglan front, small three-stripe detailing on sleeve, and adidas logo on left chest.

100% Cotton Piqué Fleece

Available: 12/25/98

A3000F $60.00    S  M  L  XL  XXL

621127  Pacific/Chlorophyl
621126  Blue Ribbon/Satellite

## ★ THREE-STRIPE WARM-UP

Warm-up with snap closure on collar, with pockets, and contrast tape applied across upper front and back of jacket. Pull-on pant with elastic waistband and covered drawcord.

65% Polyester Microshell*
100% Polyester Microshell*
65% PES/35% Cotton Single Jersey Lining

Available: 12/25/98

A5500F $110.00    S  M  L  XL  XXL

621129  White/Pacific-Chlorophyl
621128  White/Blue Ribbon-Satellite

* Promoted by athlete

Exhibit 1
Page 9 of 26
Complaint

EXHIBIT    1
PAGE    29



MEN'S SOCCER

ROMA JERSEY

TREVISO SHORT

FEDERATION MEXICO DRAGON TEE

CORNER KICK SOCCER TEE

SALTA TRAINING JERSEY

LA PLATA SHORT

BRISBANE TRAINING JERSEY

HAMBURG SHORT

TWILL EMBROIDERED LOGO TEE

Exhibit 1
Page 10 of 26
Complaint

EXHIBIT ___1___

PAGE ___30___



MEN'S SOCCER

ROMA JERSEY

TREVISO SHORT

SOCCER LOGO TEE

HAMBURG SHORT

COPA TRAINING SUIT

SALTA TRAINING JERSEY

LA PLATA SHORT

BRISBANE TRAINING JERSEY

Exhibit 1
Page 11 of 26
Complaint

EXHIBIT 1
PAGE 31

SOCCER





**BRISBANE TRAINING JERSEY**

Short-sleeve V-neck with performance fabric, front three-bar logo, and raglan sleeves with stripes running under the arm.
100% Polyester Mesh-Opaque
Available: +12/28/98

**A2250F $45.00**     S   M   L   XL   XXL

258659   Graphite/Black-Adi White
258655   Black/Adi White
258657   Collegiate Red/Black
258658   Solalite/Black-Adi White
258656   New Navy/Adi White

**HAMBURG SHORT**

Pull-on short with inside drawcord at center front, 5" inseam, side latex panels with horizontal stripes and accent piping along edges, and embroidered adidas logo. Bottom of side and embroidered schmetz seam and side lay at root. Inset in correct schmetz seam. 1/28/99
100% Nylon Satin
Available: 1/28/99

**A1300F $26.00**     S   M   L   XL

258659   Adi White/Black
258654   Collegiate Red/Adi White
258657   New Burdeaux/Adi White
258655   Cobalt/Adi White
258658   Espated/Adi White
258653   New Navy/Adi White
258656   Forest/Adi White
258652   Black/Adi White

**GENOA II SHORT**

Pull-on short with elastic waistband, inside drawcord, side vents, 5" inseam, and embroidered adidas logo at lower left hip.
100% Nylon Satin
Available: At Once

**A090OF $18.00**     S   M   L   XL   XXL

240379   Adi White/Black
240377   Collegiate Red/Adi White
240811   New Burdeaux/Adi White
240376   Cobalt/Adi White
240373   Espated/Adi White
240374   New Navy/Adi White
240375   Forest/Adi White
240378   Black/Adi White

★ Promoted by athlete

Exhibit 1
Page 12 of 26
Complaint

EXHIBIT _1_
PAGE _32_

75

**WARM-UPS**

**STRIPE TEAM WARM-UP**

Pull-zip, lined jacket with concealed zip pockets, elastic cuffs and waist, and two-color performance logo embroidered on left chest. Pull-on pant with elastic waistband, drawcord, 12" leg zips, and logo embroidered on left front hip. NCAA-approved.

65%/35% Polyester/Cotton Jersey Lining

100% Nylon Tricot

Available: At Once

A5600F $110.00    XS  S    M    L    XL   XXL  XXXL  XT  XXT

236119    Collegiate Red/All White
243738    New Bordeaux/All White
236120    Cobalt/All White
243737    Eggshell/All White
236121    New Navy/All White
236122    Forest/All White
236123    Black/All White

**TEAM COPA WARM-UP**

Pull-zip, lined jacket with lower side body and under-arm inserts set off with piping, stripes applied across front body and sleeve center back of collar, and adidas logo on left chest. Lined pant with mesh pockets, stripes applied on hip inserts, and adidas logo on left chest.

65%/35% Polyester/Cotton Jersey Lining

100% Nylon 210T

Available: At Once

A4750F $95.00    S    M    L    XL   XXL  XXXL

246096    Collegiate Red/Black
246102    New Bordeaux/Black
246099    Cobalt/Black
246100    Eggshell/Black
246098    New Navy/Black
246101    Forest/Black
246097    Black/Black

Exhibit 1
Page 13 of 26
Complaint

★ Promoted by athlete



EXHIBIT __1__
PAGE __33__

adidas / **ALL PURPOSE**

CORE WINDWEAR

**TRANSITION JACKET**

Pullover windshirt with mesh upper back vent, elastic cuffs, snaps on center front placket, zipped front pockets, drawcord on hem, three stripes applied on upper back body and sleeves, and embroidered logo on left chest and lower right back corner.

100% Polyester Taffeta
100% Polyester Mesh
Available: •12/25/98

A2600F $52.00
S   M   L   XL   XXL

256069   Orange Fizz/Graphite
256071   Poppy/Black
256070   Satellite/Blue Ribbon
256068   Pacific/Chlorophyll
256067   New Navy/White
256066   Black/White

**HAILEY WINDWEAR PANT**

Pull-on pant with elastic waistband, lower leg zips, side seam pocket with zip, three stripes applied on lower legs, and embroidered logo on left hip.

100% Polyester Taffeta
Available: •12/25/98

A1750F $35.00
S   M   L   XL   XXL

256105   Satellite/Blue Ribbon
256103   Pacific/Chlorophyll
256102   New Navy/Ash White
256104   Graphite/Orange Fizz
256101   Black/Ash White

* Promoted by athlete

Exhibit 1
Page 14 of 26
Complaint

EXHIBIT   I
PAGE   34




## CORE WINDWEAR

### HAILEY REVERSIBLE JACKET

Reversible, labeljip jacket. Polyester-woven outer layer with embroidered logo on left chest and big logo at center back, inner layer with polyester knit, three stripes applied on chest, and embroidered logo on lower left sleeve and center back collar.

100% Polyester Taffeta
Available: •12/25/98

**A4000F $80.00**

S   M   L   XL   XXL

256098   Orange Flux/Graphite-Adi White
256097   Pacific/Black-Adi White
256099   New Navy/New Navy-Adi White
256100   Black/Adi White-Black
256096   Black/Granite-Black

### STANLEY WINDWEAR JACKET

Snap-front jacket with mesh lining, colorblocking on shoulder and upper sleeves, cargo pocket on left sleeve, with pockets, drawcord on hem, and embroidered logo on left chest and lower back body.

100% Nylon 210T Flat
100% Polyester Mesh
Available: •12/25/98

**A2500F $80.00**

S   M   L   XL   XXL

256122   Adi White/Black
256121   Orange Flux/Graphite
256119   Scratch/Black
256120   Pacific/Black
256118   New Navy/Black

Exhibit 1
Page 15 of 26

* Promoted by athlete



ALL PURPOSE

EXHIBIT 1
PAGE 35









138

# CORE WINDWEAR

## PATTERSON JACKET

Hooded, tricot-lined jacket with three stripes applied on shoulders/sleeves/center hood, zipped welt pockets, and embroidered logo on left chest and center back.

100% Nylon 210T Flat
100% Polyester Mesh
Available: •12/25/98

**A2500F $50.00**

S   M   L   XL   XXL

256109   Orange Flaz/Graphite
256110   Scarlett/Blue Ribbon
256108   Pacific/Chlorophyl
256107   New Navy/Ad White
256106   Black/Ad White

## THREE-STRIPE WINDWEAR PANT II

Pull-on pant with elastic waistband, welt pockets, elastic cuffs, lower hip trim, embroidered adidas logo on hip. Relax style and three stripes applied on side seams.

100% Nylon 210T Flat
Available: •12/25/98

**A1500F $30.00**

S   M   L   XL   XXL

239953   Ad White/Black
257795   Scarlett/Blue Ribbon
257764   Pacific/Chlorophyl
247707   New Navy/Ad White
257763   Graphite/Orange Flaz
239952   Black/Ad White

## THREE-STRIPE TEARAWAY PANT II

Lined tearaway pant with side snaps, elastic waistband, front welt pockets, three stripes applied on sides, and embroidered adidas logo on left front hip.

100% Nylon 210T Flat
65%/35% Polyester/Cotton Jersey
Available: •12/25/98

**A2000F $40.00**

S   M   L   XL   XXL

257149   Ad White/Black
257146   Scarlett/Blue Ribbon
257147   Pacific/Chlorophyl
247717   New Navy/Ad White
257148   Graphite/Orange Flaz
252000   Black/Ad White

★ Promoted by athlete

**Exhibit 1**
**Page 16 of 26**
**Complaint**

EXHIBIT ___1___
PAGE ___36___



Exhibit 1
Page 17 of 26
Complaint

EXHIBIT    1
PAGE    37



Exhibit 1
Page 18 of 26
Complaint

EXHIBIT 1
PAGE 38



**MEN'S**

**29**

**RUNNING**
**3-Stripes**

**Men's Erikson Wind Jacket**
**S4080091**
**$65.00**
ClimaProof® Wind jacket with mesh-lined stand-up collar, full zip with stay-down zipper pull, external storm flap with hook-and-loop closure, underarm mesh inserts, mesh-lined back, back vent, elastic cuffs, front zip pockets, sculpted hemline, applied 3-Stripes and reflective adidas brandmark.
100% polyester plain weave.
100% polyester mesh lining.
Sizes: S | M | L | XL | 2XL

Available: at once

| | | |
|---|---|---|
| 558867 | Black | White | Reflective Silver |
| 558865 | Dark Indigo | White | Reflective Silver |

**Men's Astro Pant II**
**S4080104**
**$55.00**
ClimaCool® insulator with anatomically placed mesh inserts, elastic waist with drawcord, internal key pocket, back leg zips with stay-down zipper pulls, applied 3-Stripes and reflective adidas brandmark.
90% polyester | 10% spandex.
Sizes: S | M | L | XL | 2XL

Available: 12 | 26 | 04

| | | |
|---|---|---|
| 558875 | Black | White | Reflective Silver |
| 558873 | Black | Black | Reflective Silver |
| 309746 | Bluish Ice Grey | Reflective Silver |
| 507156 | Black | Light Onixen | Reflective Silver |
| 507159 | Dark Stone | Lawn | Reflective Silver |
| 507160 | Mercury Grey | Heather Green | Reflective Silver |
| 558874 | Black | Indigo | Reflective Silver |
| 507161 | Dark Indigo | University Red | Reflective Silver |

• Carryover    ✓ Carry Forward to Summer '05    † Sample Not Available    + Auto-replenish    ◊ Mill Enhanced

Exhibit 1
Page 19 of 26
Complaint

EXHIBIT __1__
PAGE __39__



MEN'S

SOCCER
elite

38

**Pulse ForMotion™ Training Half Pant**
TS600040
ClimaCool® stretch half pant features ForMotion® 3-D engineered fit and specific fabric combinations to allow complete freedom of movement. Precise seam placement for comfort while in motion. Sculpted leg openings to accommodate linear and rotational running movement. Minimal low pressure waistband with soft touch waistband tape for maximum comfort. The Pulse training half pant is constructed of two different fabrics in the front and the back to support and enhance the extreme movements during football training.
100% polyester stretch.
100% polyester dobby.
Sizes: S l M l L l XL
573152    Black l Collegiate Red

$38.00
A319000

Available: 1 l 25 l 04

**Men's Pulse Hooded Jacket**
TS600041
ClimaWarm® full-zip hooded jacket. Mesh insets on front and back, side pockets and adidas brandmark.
100% polyester brushed.
Sizes: S l M l L l XL l 2XL
572236    Black l Opticize Half l White

$65.00
A352000

Available: 12 l 25 l 04

Exhibit 1
Page 20 of 26
Complaint

EXHIBIT ___1___
PAGE ___40___



MEN'S

$58.00

**Men's Escudo Stadium Jacket**
T400087
Extended back hem for better protection against wind and cold. Collar, pockets and arm cuff with polar fleece for a great feeling. Coating is a synthetic layer directly impregnated on to one side of the fabric to achieve wind and water resistance. Water-repellent.
100% nylon.
Sizes: S | M | L | XL | 2XL
1910B04   Black | Black | Reca

Available at once

$65.00

**Men's Torneo Windbreaker**
T400004
ClimaProof™ half-zip jacket with an ergonomic cut. Flatlock seams, back ventilation, mesh inner lining, elastic cuff, extended open hem with inside quickcord.
100% polyester.
100% mesh.
Sizes: S | M | L | XL | 2XL

Available: 12 | 25 | 04

SOCCER
modern

47

● Carryover   ✓ Carry Forward to Summer '06   † Sample Not Available   ✶ Auto-replenish   ⬥ Mill Enhanced

Exhibit 1
Page 21 of 26
Complaint

EXHIBIT ___1___
PAGE ___41___

SOCCER
modern
48

**$70.00**

**Men's Torneo Rain Jacket**
TS000005

Full-zip rain jacket with concealed hood, front flap and hook-and-loop
tape closure for protection, back ventilation, mesh lining, side pockets,
elastic cuffs and extended hem. 1500m clear coating. Screen-printed
Football Signature Logo and adidas brandmark.
100% nylon plain weave.
Sizes: S | M | L | XL | 2XL          Available: 12 | 25 | 04

| | |
|---|---|
| 573146 | Black / Black / White |
| 573151 | University Red / Black / White |
| 573149 | C-bar1 / Black / White |
| 573147 | New Navy / Black / White |

**$98.00**

**Men's Torneo Training Top**
TS000011

ClimaCool® half-zip top with an ergonomic cut. Flatlock seams, mesh
insert on collar, sleeves and chest, side-seam zip pockets. Embroidered
adidas brandmark.
100% polyester.
100% mesh.
Sizes: S | M | L | XL | 2XL          Available: 12 | 25 | 04

| | |
|---|---|
| 506415 | Black / Black / White |
| 506414 | Black / SemiBlue / White |
| 506416 | University Red / Black / White |
| 506413 | Forest / Black / White |
| 506411 | *Tbgs / White |
| 506412 | New Navy / Black / White |



• Carryover    ✓ Carry Forward to Summer '05    † Sample Not Available    ◆ Auto-replenish    ♦ Still Enhanced

Exhibit 1
Page 22 of 26
Complaint

EXHIBIT 1
PAGE 42



TENNIS

**ForMotion® Training Top**
SS040013
ForMotion® technology with precise seam placement for comfort while in motion. 3-D engineered pattern for comfort and fit with engineered 3-Stripes down arms.
90% polyester | 10% spandex.
Sizes: XS | S | M | L | XL | 2XL | 3XL.
507534  Cool | Dark Slate | Fresh Orange

$35.00
ASZ0265
Available: 11 25 I 04

**ForMotion® Short**
SS040012
ForMotion® technology using precise seam placement for comfort while in motion with 3-D engineered pattern for enhanced fit and performance. Wicking stretch-woven fabric for moisture management.
86% polyester | 12% spandex.
Sizes: XS | S | M | L | XL | 2XL | 3XL.
507535  Dark Slate | Steel | Fresh Orange

$55.00
ASZ0265
Available: 11 25 I 04

TENNIS

**MEN'S**

**Competition Short-Sleeve Top**
SS040002
ClimaCool® mesh panels in front and back. Full 3-D mesh back with full 3-Stripes down front and back of shirt. Worn by our top athletes.
100% polyester.
Sizes: XS | S | M | L | XL | 2XL | 3XL.
507530  White
507531  Dark Navy | Lace

$45.00
ASZ0265
Available: 12 I 25 I 04

78

**TENNIS**
competition

• Carryover    ✓ Carry Forward to Summer '05    † Sample Not Available    ✦ Auto-replenish    ☼ Mill Enhanced

Exhibit 1
Page 23 of 26
Complaint

EXHIBIT    1
PAGE    43



**WOMEN'S**

**Women's Wildwood Long Bra Top** — $40.00
540200xx  AX20000
ClimaCool® tank with supportive inner shelf bra, anatomically placed mesh back, flatlock seams, applied 3-Stripes, and reflective adidas brandmark.
92% polyester single jersey / 8% spandex back.
60% polyester mesh / 20% spandex mesh back.
80% mesh power net / 20% spandex inner shelf bra.
Sizes: XS I S I M I L I XL    Available: 12 I 25 I 04

| 550857 | Black I White I Reflective Silver | ✓ |
| 620048 | Black I Black I Pewter Silver | ✓ |
| 507146 | Aura Blue I Dark Slate I Reflective Silver | ✓ |
| 507147 | Racey Red I Black I Reflective Silver | ✓ |
| 568853 | Dark Indigo I White I Reflective Silver | ✓ |
| 507146 | Dark Indigo I Court Green I Reflective Silver | ✓ |

**Women's Wildwood Sleeveless V-Neck** — $28.00
F400000x  A614000
ClimaLite® sleeveless V-neck with applied 3-Stripes, flatlock seams, women's specific cut, drop-tail hem, and reflective adidas brandmark.
100% polyester mock-eyelet.
Sizes: XS I S I M I L I XL    Available: 12 I 25 I 04

| 507154 | White I Maat I Reflective Silver | ✓ |
| 507151 | White I Racing Red I Reflective Silver | ✓ |
| 507155 | White I Dark Indigo I Reflective Silver | ✓ |
| 302508 | Black I White I Reflective Silver | ✓ |
| 507150 | Court Green I Dark Indigo I Reflective Silver | ✓ |
| 507153 | Aura Blue I Dark Slate I Reflective Silver | ✓ |
| 507156 | Dark Indigo I White I Reflective Silver | ✓ |

**Women's Wildwood Split Short II** — $28.00
540600x2  A614xxx
ClimaLite® split-leg short with 1½" inseam, elastic waist with drawcord, internal key pocket, applied 3-Stripes, and reflective adidas brandmark.
100% polyester plain-weave body.
100% polyester single jersey lining.
Sizes: XS I S I M I L I XL    Available: 12 I 25 I 04

| 558819 | Black I White I Reflective Silver | ✓ |
| 507123 | Racing Red I Black I Reflective Silver | ✓ |
| 507124 | Dark Sla... Aura Blue I Reflective Silver | ✓ |
| 558815 | Dark Indigo I White I Reflective Silver | ✓ |
| 507123 | | |

**RUNNING**
wildwood

**131**

Exhibit 1
Page 24 of 26

EXHIBIT ___1___
PAGE ___44___

• Carryover   ✓ Carry Forward to Summer '05   † Sample Not Available   + Auto-replenish   ◊ NHL Enhanced



**WOMEN'S**

**TRAINING FOR SPORT**
brand essentials

175

**Essentials Reversed-Dazzle Jacket**
SAAPW001

$55.00

Athletic-fit full-zip jacket with mesh liner. Dull side out dazzle body, shiny side out contrast applied 3-Stripes on flannel collar down sleeves. Open hem sleeve and bottom. Embroidered adidas wordmark at left chest.
100% polyester dazzle.
100% polyester mesh.
Sizes: XS | S | M | L | XL | 2XL
Available: 12 | 25 | 04

| 355045 | Black | White | White |
| 478366 | Iris Blue | White | White |
| 478367 | Navy Red | White | White |
| 377312 | Dark Indigo | White | White |
| 375313 | Dark Indigo | Grey/Green | Grey/Green |

**Essentials Reversed-Dazzle Pant**
SAAPW002

$40.00

Pull-on athletic-fit pant. Flat front, elastic waist. Contrast applied 3-Stripes on side seam. Open bottom hem. Embroidered adidas wordmark on left hip.
100% polyester tricot.
Sizes: XS | S | M | L | XL | 2XL
Available: at once

| 355044 | Black | White | White |
| 478365 | Aura Blue | White | White |
| 478364 | Navy Red | Gold | White |
| 377275 | Dark Indigo | White | White |
| 375316 | Dark Indigo | Grey/Green | Grey/Green |

• Carryover    ✓ Carry Forward to Summer '05    † Sample Not Available    ❋ Auto-replenish    ⬩ AMI Enhanced

Exhibit 1
Page 25 of 26

EXHIBIT ____1____
PAGE ___45___



**Youth Pulse Hooded Jacket** $55.00
adidas
TG000417

Elite product for the consumer who wants the best of the best. A fusion of performance and style. Design and color integration with the new Predator Pulse look. Hooded top with inside brushed fabric. ClimaWarm™ technology. Stay warm, stay comfortable. ClimaWarm is about thermal insulation. By insulating your body you can use your energy for other things, like performing better for longer periods. Retain your heat in a cold world.
100% polyester.
Sizes: S I M I L I XL

Available: 12 I 25 I 04

| | | |
|---|---|---|
| 571741 | Black I Collegiate Red I White | |
| 571740 | Collegiate Red I Black I White | |



**Youth Pulse ClimaCool® Jersey** $28.00
adidas
TG000407

ClimaCool® jersey with vents around the collar and an innovative double-mesh back with mesh inserts on the front and an embroidered adidas brandmark.
100% polyester.
Sizes: S I M I L I XL

Available: 12 I 25 I 04

| | | |
|---|---|---|
| 571717 | White I Collegiate Red I Black | |
| 571719 | Black I Collegiate Red I White | |
| 571718 | Collegiate Red I Black I White | |

• Carryover   ✓ Carry Forward to Summer '05   † Sample Not Available   ★ Auto-replenish   ✦ IMU Enhanced

Exhibit 1
Page 26 of 26

EXHIBIT ___I___
PAGE ___46___

# Exhibit 2

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,058,619

## United States Patent and Trademark Office

Registered May 6, 1997

## TRADEMARK
## PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY CORPORA-
TION)
P.O. BOX 1120
HERZOGENAURACH D-91072, FED REP GER-
MANY

FOR: SPORTS AND LEISURE WEAR,
NAMELY SHIRTS, IN CLASS 25 (U.S. CLS. 22
AND 39).
FIRST USE 0-0-1967; IN COMMERCE
0-0-1967.
OWNER OF U.S. REG. NO. 870,136.

THE MARK CONSISTS OF THREE PARAL-
LEL BANDS POSITIONED ALONG THE
LENGTH OF EACH SLEEVE OF A SHIRT. THE
DOTTED OUTLINE OF A SHIRT IS NOT PART
OF THE MARK BUT IS MERELY INTENDED
TO SHOW THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 74-653,301, FILED 3-28-1995.

ANIL V. GEORGE, EXAMINING ATTORNEY

Exhibit 2
Page 1 of 1

EXHIBIT _2_
PAGE _47_

# Exhibit 3

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,029,127

Registered Dec. 13, 2005

**TRADEMARK**
**PRINCIPAL REGISTER**



ADIDAS-SALOMON AG (FED REP GERMANY
AKTIENGESELLSCHAFT (AG))
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMA-
NY

FOR: CLOTHING, NAMELY, T-SHIRTS, SWEAT-
SHIRTS, JACKETS AND COATS, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 2-3-1967; IN COMMERCE 8-3-1967.

OWNER OF U.S. REG. NOS. 870,136, 2,016,963,
AND 2,058,619.

THE MARK CONSISTS OF THREE PARALLEL
STRIPES RUNNING ALONG THE SLEEVE OF A
SHIRT, T-SHIRT, SWEATSHIRT, JACKET OR COAT.
THE DOTTED OUTLINE OF THE GARMENT IS
NOT CLAIMED AS PART OF THE MARK AND IS
INTENDED ONLY TO SHOW THE POSITION OF
THE MARK.

SEC. 2(F).

SER. NO. 78-539,470, FILED 12-29-2004.

BARNEY CHARLON, EXAMINING ATTORNEY

Exhibit 3
Page 1 of 1

EXHIBIT __3__
PAGE __48__

# Exhibit 4

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 3,087,329

Registered May 2, 2006

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY
AKTIENGESELLSCHAFT (AG))
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMA-
NY

FOR: CLOTHING, NAMELY, SHIRTS, T-SHIRTS,
SWEATSHIRTS, VESTS, JACKETS AND COATS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-3-1967; IN COMMERCE 8-3-1967.

THE MARK CONSISTS OF THREE PARALLEL
STRIPES RUNNING ALONG THE SIDE OF A

SHIRT, T-SHIRT, SWEATSHIRT, VEST, JACKET
OR COAT. THE DOTTED OUTLINE OF THE GAR-
MENT IS NOT CLAIMED AS PART OF THE MARK
AND IS INTENDED ONLY TO SHOW THE POSI-
TION OF THE MARK.

SEC. 2(F).

SER. NO. 78-539,504, FILED 12-29-2004.

HOWARD SMIGA, EXAMINING ATTORNEY

Exhibit 4
Page 1 of 1

EXHIBIT  4
PAGE  49

# Exhibit 5

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,278,591

Registered Sep. 21, 1999

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY CORPORA-
TION)
P.O. BOX 1120
HERZOGENAURACH D-91072, FED REP GER-
MANY

FOR: SPORTS AND LEISURE WEAR,
NAMELY, SHORTS, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 0-0-1967; IN COMMERCE
0-0-1967.

OWNER OF U.S. REG. NOS. 870,136, 1,815,956,
AND 1,833,868.

THE MARK CONSISTS THREE PARALLEL
BANDS EXTENDING ALONG THE LENGTH
OF EACH LEG OF THE SHORTS, THE BANDS
BEING OF CONTRASTING COLOR TO THAT
OF THE REMAINDER OF THE SHORTS. THE
DOTTED LINES ARE NOT A PART OF THE
MARK AND ONLY USED TO INDICATE POSI-
TION.

SEC. 2(F).

SER. NO. 74-653,501, FILED 3-21-1991.

RUDY R. SINGLETON, EXAMINING ATTOR-
NEY

Exhibit 5
Page 1 of 1

EXHIBIT   5
PAGE   50

# Exhibit 6

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,284,308
Registered Oct. 12, 1999

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY JOINT STOCK COMPANY)
P.O. BOX 1120
HERZOGENAURACH, FED REP GERMANY

FOR: SPORTS AND LEISURE WEAR, NAMELY PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1967; IN COMMERCE 0-0-1967.

OWNER OF U.S. REG. NOS. 870,136, 1,815,956, AND 1,833,868.

THE MARK CONSISTS THREE PARALLEL BANDS EXTENDING ALONG THE LENGTH OF EACH LEG OF THE PANTS, THE BANDS BEING OF CONTRASTING COLOR TO THAT OF THE REMAINDER OF THE PANTS. THE DOTTED LINES ARE NOT A PART OF THE MARK AND ONLY USED TO INDICATE POSITION.

SEC. 2(F).

SER. NO. 74-653,302, FILED 3-28-1995.

RUDY R. SINGLETON, EXAMINING ATTORNEY

Exhibit 6
Page 1 of 1

EXHIBIT ___6___
PAGE ___51___

Exhibit 7

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**
10 Year Renewal

Reg. No. 870,136
Registered May 27, 1969
Renewal Approved Apr. 2, 1990

## TRADEMARK
## PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY CORPORATION)
HERZOGENAURACH, FED REP GERMANY, BY MERGER WITH AND CHANGE OF NAME FROM ADIDAS-SPORTSCHUHFABRIKEN ADI DASSLER K.G. (FED REP GERMANY FIRM), HERZOGENAURACH, NEAR NUREMBERG, FED REP GERMANY

OWNER OF U.S. REG. NOS. 631,812, 738,673 AND OTHERS.
THE MARK CONSISTS OF THREE PARALLEL BANDS EXTENDING ALONG THE LENGTH OF EACH

SLEEVE OF THE TRAINING SUIT AND ALONG THE LENGTH OF EACH LEG OF THE TROUSERS, THE BANDS ON THE SLEEVES BEING OF CONTRASTING COLOR TO THAT OF THE REMAINDER OF THE SLEEVE AND THE BANDS ON THE LEGS OF THE TROUSERS BEING OF CONTRASTING COLOR TO THAT OF THE REMAINDER OF THE TROUSER LEGS.
FOR: ATHLETIC TRAINING SUITS, IN CLASS 39 (INT. CL. 25).
FIRST USE 2-0-1967; IN COMMERCE 8-3-1967.

SER. NO. 72-302,478, FILED 7-11-1968.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 15, 1990.*

Exhibit 7
Page 1 of 1

EXHIBIT ___7___

PAGE ___52___

# Exhibit 8

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 2,016,963
Registered Nov. 19, 1996

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY CORPORA-
TION)
P.O. BOX 1120
HERZOGENAURACH D-91072, FED REP GER-
MANY

FOR: SPORTS AND LEISURE WEAR,
NAMELY JACKETS, IN CLASS 25 (U.S. CLS. 22
AND 39).
FIRST USE 0-0-1967; IN COMMERCE
0-0-1967.
OWNER OF U.S. REG. NO. 870,136.

THE MARK CONSISTS OF THREE PARAL-
LEL BANDS POSITIONED ALONG THE
LENGTH OF EACH SLEEVE OF A JACKET.
THE DOTTED OUTLINE OF A JACKET IS
NOT PART OF THE MARK BUT IS MERELY
INTENDED TO SHOW THE POSITION OF THE
MARK.
SEC. 2(F).

SER. NO. 74-653,296, FILED 3-28-1995.

ANIL V. GEORGE, EXAMINING ATTORNEY

Exhibit 8
Page 1 of 1

EXHIBIT 8
PAGE 53

# Exhibit 9

# United States Patent Office

**961,353**
Registered June 19, 1973

## PRINCIPAL REGISTER
### Trademark

Ser. No. 358,532, filed May 1, 1970



Adidas Sportschuhfabriken Adi Dassler K.G.
Am Bahnhof, Herzogenaurach
Nuremberg, Germany

For: SPECIAL PURPOSE ATHLETIC SHOES, in CLASS 22 (INT. CL. 25).

For: GENERAL PURPOSE SPORT SHOES, in CLASS 39 (INT. CL. 25).
First use 1967; in commerce 1967.

The mark comprises three white stripes extending across the blue background of the box container and the outline of the container box is made to appear in broken lines.
Owner of U.S. Reg. Nos. 631,812; 870,136, and others.

Exhibit 9
Page 1 of 12

EXHIBIT ___9___
PAGE ___54___

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,815,956
Registered Jan. 11, 1994

### TRADEMARK
### PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY JOINT STOCK COMPANY)
D-8522 HERZOGENAURACH, FED REP GERMANY

   FOR: ATHLETIC FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1952; IN COMMERCE 0-0-1952.

   SEC. 2(F).

   SER. NO. 74-255,912, FILED 3-16-1992.

MIDGE BUTLER, EXAMINING ATTORNEY

Exhibit 9
Page 2 of 12

EXHIBIT 9
PAGE 55

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,833,868
Registered May 3, 1994

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY JOINT STOCK COMPANY)
D-8522 HERZOGENAURACH, FED REP GERMANY

FOR: ATHLETIC FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1949; IN COMMERCE 0-0-1978.
SEC. 2(F).

SER. NO. 74-263,512, FILED 4-7-1992.

MIDGE BUTLER, EXAMINING ATTORNEY

Exhibit 9
Page 3 of 12

EXHIBIT 9
PAGE 56

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,278,589**

## United States Patent and Trademark Office

**Registered Sep. 21, 1999**

### TRADEMARK
### PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY CORPORA-
TION)
P.O. BOX 1120
HERZOGENAURACH
D-91072, FED REP GERMANY

   FOR: ATHLETIC AND LEISURE FOOT-
WEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).
   FIRST USE 0-0-1952; IN COMMERCE
0-0-1952.

OWNER OF U.S. REG. NOS. 870,136, 1,815,956,
AND 1,833,868.

   SEC. 2(F).

   SER. NO. 74-644,822, FILED 3-7-1995.

CHARLES WEIGELL, EXAMINING ATTOR-
NEY

Exhibit 9
Page 4 of 12

EXHIBIT 9

PAGE 57

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,909,861

**United States Patent and Trademark Office**   Registered Dec. 14, 2004

## TRADEMARK
### PRINCIPAL REGISTER



**ADIDAS-SALOMON AG (FED REP GERMANY JOINT STOCK COMPANY)**
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMANY

FOR: FOOTWEAR, NAMELY, SLIDES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1972; IN COMMERCE 0-0-1972.

OWNER OF U.S. REG. NOS. 870,136, 2,284,308 AND OTHERS.

THE MARK CONSISTS OF THREE STRIPES POSITIONED ON THE TOP PART OF A SLIDE. THE DOTTED OUTLINE OF THE SLIDE IS NOT CLAIMED AS PART OF THE MARK AND IS INTENDED ONLY TO SHOW THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 76-535,511, FILED 7-28-2003.

NANCY CLARKE, EXAMINING ATTORNEY

Exhibit 9
Page 5 of 12

EXHIBIT _9_

PAGE _58_

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,999,646

Registered Sep. 27, 2005

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY JOINT STOCK COMPANY)
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMANY

FOR: FOOTWEAR, NAMELY, SLIDES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1972; IN COMMERCE 0-0-1972.

OWNER OF U.S. REG. NOS. 870,136, 2,284,308 AND OTHERS.

SEC. 2(F).

SER. NO. 76-535,367, FILED 7-28-2003.

KIM SAITO, EXAMINING ATTORNEY

Exhibit 9
Page 6 of 12

EXHIBIT 9
PAGE 59

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,029,129
Registered Dec. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY AKTIENGESELLSCHAFT (AG))
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMA-NY

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-1952; IN COMMERCE 1-1-1952.

THE MARK CONSISTS OF THREE PARALLEL STRIPES APPLIED TO FOOTWEAR, THE STRIPES ARE POSITIONED ON THE FOOTWEAR UPPER IN THE AREA BETWEEN THE LACES AND THE SOLE. THE DOTTED OUTLINE OF THE FOOTWEAR IS NOT CLAIMED AS PART OF THE MARK AND IS INTENDED ONLY TO SHOW THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 78-539,629, FILED 12-29-2004.

ALINA MORRIS, EXAMINING ATTORNEY

Exhibit 9
Page 7 of 12

EXHIBIT___9___
PAGE___60___

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,029,135
Registered Dec. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY AKTIENGESELLSCHAFT (AG))
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMA-
NY

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-1952; IN COMMERCE 1-1-1952.

THE MARK CONSISTS OF THREE PARALLEL STRIPES WITH SERRATED EDGES APPLIED TO FOOTWEAR, THE STRIPES ARE POSITIONED ON THE FOOTWEAR UPPER IN THE AREA BETWEEN THE LACES AND THE SOLE. THE DOTTED OUT-LINE OF THE FOOTWEAR IS NOT CLAIMED AS PART OF THE MARK AND IS INTENDED ONLY TO SHOW THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 78-539,734, FILED 12-29-2004.

ALINA MORRIS, EXAMINING ATTORNEY

Exhibit 9
Page 8 of 12

EXHIBIT 9
PAGE 61

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 3,063,742

Registered Feb. 28, 2006

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS INTERNATIONAL MARKETING B.V. (NETHERLANDS PRIVATE LIMITED LIABI-LITY COMPANY)
KONINGIN WILHELMINAPLEIN 30
1062 KR AMSTERDAM, NETHERLANDS

FOR: PANTS, SHORTS, SKORTS, FOOTWEAR, SHIRTS, VESTS, SOCKS, JACKETS, SWEATERS,

HEADWEAR, VISORS, PULLOVERS, RAINSUITS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-15-2004; IN COMMERCE 1-15-2004.

SER. NO. 78-591,687, FILED 3-21-2005.

GLENN CLARK, EXAMINING ATTORNEY

Exhibit 9
Page 9 of 12

EXHIBIT  9
PAGE  62

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 3,063,745

## United States Patent and Trademark Office

Registered Feb. 28, 2006

### TRADEMARK
### PRINCIPAL REGISTER



ADIDAS INTERNATIONAL MARKETING B.V. (NETHERLANDS PRIVATE LIMITED LIABILITY COMPANY)
KONINGIN WILHELMINAPLEIN 30
1062 KR AMSTERDAM, NETHERLANDS

FOR: PANTS, SHORTS, SKORTS, FOOTWEAR, SHIRTS, VESTS, SOCKS, JACKETS, SWEATERS,

HEADWEAR, VISORS, PULLOVERS, RAINSUITS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-15-2004; IN COMMERCE 1-15-2004.

SER. NO. 78-591,755, FILED 3-21-2005.

GLENN CLARK, EXAMINING ATTORNEY

Exhibit 9
Page 10 of 12

EXHIBIT  9
PAGE  63

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,183,656
Registered Dec. 12, 2006

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY JOINT STOCK COMPANY)
ADI-DASSLER-STRASSE 1
HERZOGENAURACH, FED REP GERMANY 91074

FOR: HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-1993; IN COMMERCE 1-0-1994.

OWNER OF U.S. REG. NOS. 870,136, 2,999,646 AND OTHERS.

THE MARK CONSISTS OF THREE PARALLEL STRIPES EXTENDING AROUND THE HEADWEAR.

SEC. 2(F).

SER. NO. 78-802,316, FILED 1-30-2006.

ANDREA K. NADELMAN, EXAMINING ATTORNEY

Exhibit 9
Page 11 of 12

EXHIBIT 9
PAGE 64

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 3,236,505

## United States Patent and Trademark Office

Registered May 1, 2007

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY JOINT STOCK COMPANY)
ADI-DASSLER-STRASSE 1
HERZOGENAURACH, FED REP GERMANY 91074

FOR: HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-1993; IN COMMERCE 1-0-1994.

OWNER OF U.S. REG. NOS. 2,284,308, 2,999,646 AND OTHERS.

THE MARK CONSISTS OF THREE PARALLEL STRIPES EXTENDING FROM THE REAR OF THE HEADWEAR TO THE TOP OF THE HEADWEAR. THE DOTTED OUTLINE OF THE HAT, BRIM AND STRAP ARE NOT CLAIMED AS PART OF THE MARK AND IS INTENDED ONLY TO SHOW THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 78-802,476, FILED 1-30-2006.

KELLY MCCOY, EXAMINING ATTORNEY

Exhibit 9
Page 12 of 12

EXHIBIT     9
PAGE     65

Exhibit 10

Int. Cls.: 18, 25 and 28

Prior U.S. Cls.: 3, 22 and 39

Reg. No. 1,674,229

**United States Patent and Trademark Office**    Registered Feb. 4, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## THE BRAND WITH THE THREE STRIPES

ADIDAS AG (FED REP GERMANY CORPORA-
TION)
D–8522 HERZOGENAURACH, FED REP GER-
MANY

FOR: SPORT BAGS FOR GENERAL USE
AND CROSS-COUNTRY BACK-PACKS, IN
CLASS 18 (U.S. CL. 3).
FIRST USE 1–0–1968; IN COMMERCE
1–0–1968.
FOR: SPORT AND LEISURE WEAR;
NAMELY, SHORTS, PANTS, SHIRTS, T-
SHIRTS, JERSEYS, TIGHTS, SOCKS, GLOVES,
JACKETS, SWIMWEAR, SWEATERS, CAPS
AND HATS, PULL-OVERS, WARM-UP SUITS,
RAIN SUITS, SKI SUITS, JUMPSUITS, BOOTS,
SLIPPERS, SANDALS; SHOES, BOOTS AND
AFTER SKI BOOTS FOR HIKING AND TREK-
KING, ATHLETIC SHOES AND GENERAL-
PURPOSE SPORTS SHOES, IN CLASS 25 (U.S.
CL. 39).

FIRST USE 1–0–1968; IN COMMERCE
1–0–1968.
FOR: SPORTS BALLS, RACKETS FOR
TENNIS, SQUASH OR SHUTTLECOCK; ICE
AND ROLLERSKATES, SKIS AND SKI EQUIP-
MENT; NAMELY, CROSS-COUNTRY SKIBIND-
INGS AND PARTS THEREOF, CROSS-COUN-
TRY SKIING OVERSHOES, RACKET COVERS,
HAND-PADDLES AND KICKBOARDS, IN
CLASS 28 (U.S. CL. 22).
FIRST USE 1–0–1968; IN COMMERCE
1–0–1968.
OWNER OF U.S. REG. NOS. 641,906, 1,428,947
AND OTHERS.
SEC. 2(F).

SER. NO. 74–023,435, FILED 1–29–1990.

JANICE O'LEAR, EXAMINING ATTORNEY

Exhibit 10
Page 1 of 1

EXHIBIT 10
PAGE 66

Exhibit 11



**KILPATRICK STOCKTON LLP**
Attorneys at Law

Suite 2800  1100 Peachtree St.
Atlanta GA 30309-4530
t 404 815 6500  f 404 815 6555
www.KilpatrickStockton.com

direct dial 404 685 6700
direct fax 404 685 6649
SVanderhoff@KilpatrickStockton.com

September 3, 2009

**VIA OVERNIGHT MAIL**

Mr. Rolando Villagran
Villagran Sports / A1 Soccer Planet
330 Wall Street, Suite 7
Los Angeles, California 90013

Re:    Infringement of adidas's Intellectual Property Rights

Dear Mr. Villagran:

This firm represents adidas America, Inc. and adidas AG in connection with intellectual property matters. adidas requested that we contact you regarding the infringing apparel being sold by your company, Villagran Sports doing business as A1 Soccer Planet ("Villagran").

At least as early as 1967, adidas began using the Three-Stripe Mark on apparel sold in the United States and worldwide. As you may be aware, adidas owns numerous federal trademark registrations covering the mark for apparel, including shirts (Reg. Nos. 2,058,619 & 3,029,127), shorts (Reg. No. 3,063,745 & 3,063,742), jackets (Reg. Nos. 2,016,963, 3,029,127, 3,063,742, 3,063,745, & 3,087,329), pants (Reg. No. 2,284,308 & 2,278,591), athletic training suits (Reg. No. 870,136), and hats (3,183,656 & 3,236,505). adidas also owns a federal registration for the word mark THE BRAND WITH THE THREE STRIPES (Reg. No. 1,674,229) for sports and leisure wear. The Three-Stripe Mark is well-known and famous. Indeed, unsolicited media coverage has referred to the "iconic three stripes" (*Footwear News*, June 16, 2008), the "signature three stripes" (*L.A. Times*, August 13, 2004), the "famous brand with the three stripes" (*San Francisco Chronicle*, July 7, 2002), and the "legendary Adidas three stripes" (*Brand Strategy*, September 27, 1999).

As you are undoubtedly aware, adidas is the official supplier of authentic and replica jerseys, apparel, and equipment for numerous professional soccer teams, including the Hamburg Football Club, Newcastle United Football Club, A.C. Milan, Olympique de Marseille, and Chelsea Football Club. Notwithstanding our client's rights, it has come to our attention that your company has been offering for sale and selling apparel bearing confusingly similar imitations of the Three-Stripe Mark in the same manner as adidas apparel

US1900 9244798.1

EXHIBIT __11__
PAGE __67__

Mr. Rolando Villagran
September 3, 2009
Page 2

and that are imitations of the authentic apparel supplied by adidas.  Examples of this apparel (and the authentic adidas apparel) are depicted below and on the top of the following page:



| Authentic adidas Apparel | Villagran Sports Apparel |
|---|---|

EXHIBIT __11__

PAGE __68__

Mr. Rolando Villagran
September 3, 2009
Page 3



| Authentic adidas Apparel | Villagran Sports Apparel |
|---|---|

EXHIBIT _11_
PAGE _69_

Mr. Rolando Villagran
September 3, 2009
Page 4

Sale of this apparel is likely to cause consumers to believe mistakenly that your products are licensed by, affiliated with, or sponsored by adidas. Your use of confusingly similar imitations of the Three-Stripe Mark constitutes trademark infringement, and unfair competition under federal and state law. As your attorneys will confirm, in addition to injunctive relief, the federal Trademark Act provides that, in cases such as this, the owner of a federal registration may recover actual damages and an accounting of profits (both of which may be trebled), and attorneys' fees. Similar remedies are available under various state laws, as are punitive damages.

adidas therefore demands that Villagran Sports: (1) immediately cease and desist from all sales of its infringing apparel, as well as any other apparel bearing designs in a manner likely to be confused with the Three-Stripe Mark; and (2) identify the number of units sold and the price at which each such unit of infringing apparel was sold.

If we do not receive a satisfactory response within ten (10) days of your receipt of this letter, we will take appropriate action to protect the rights of adidas.

We look forward to your prompt response.

Sincerely,

Sara M. Vanderhoff

Sara M. Vanderhoff

cc:    R. Charles Henn Jr., Esq.

US1900 9244798.1

EXHIBIT __11__
PAGE __70__

# Exhibit 12



**KILPATRICK STOCKTON** LLP

Attorneys at Law

Suite 2800  1100 Peachtree St.
Atlanta GA 30309-4528
t 404 815 6500  f 404 815 6555
www.KilpatrickStockton.com

direct dial 404 685 6700
direct fax 404 685 6649
svanderhoff@kilpatrickstockton.com

October 9, 2009

*Via Overnight Mail*

Mr. Rolando Villagran
Villagran Sports / A1 Soccer Planet
330 Wall Street, Suite 7
Los Angeles, California 90013

     Re:    Infringement of adidas's Intellectual Property Rights

Dear Mr. Villagran:

    We have not heard back from you in response to our September 2, 2009 letter concerning infringing apparel offered for sale and sold by Villagran Sports doing business as A1 Soccer Planet ("Villagran"). For ease of reference, I enclose a copy of the September 2 letter.

    adidas renews its demands that your company: (1) immediately cease and desist from all sales of its infringing apparel, as well as any other apparel bearing stripes in a manner likely to be confused with the Three-Stripe Mark; and (2) identify the number of units sold and the price at which each such unit of infringing apparel was sold.

    If we do not hear back from you within ten (10) days, adidas will have no choice but to pursue its remedies in a more formal and public manner.

    Sincerely,

    *Sara M. Vanderhoff*

    Sara M. Vanderhoff

SMV/feg
Enclosure

US1900 9262051.1

ATLANTA  AUGUSTA  CHARLOTTE  DUBAI  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM

EXHIBIT __12__
PAGE __71__



**KILPATRICK
STOCKTON** LLP

Attorneys at Law

Suite 2800  1100 Peachtree St.
Atlanta GA 30309-4530
t 404 815 6500  f 404 815 6555
www.KilpatrickStockton.com

direct dial 404 685 6700
direct fax 404 685 6649
SVanderhoff@KilpatrickStockton.com

September 3, 2009

**VIA OVERNIGHT MAIL**

Mr. Rolando Villagran
Villagran Sports / A1 Soccer Planet
330 Wall Street, Suite 7
Los Angeles, California 90013

      Re:    <u>Infringement of adidas's Intellectual Property Rights</u>

Dear Mr. Villagran:

      This firm represents adidas America, Inc. and adidas AG in connection with intellectual property matters. adidas requested that we contact you regarding the infringing apparel being sold by your company, Villagran Sports doing business as A1 Soccer Planet ("Villagran").

      At least as early as 1967, adidas began using the Three-Stripe Mark on apparel sold in the United States and worldwide. As you may be aware, adidas owns numerous federal trademark registrations covering the mark for apparel, including shirts (Reg. Nos. 2,058,619 & 3,029,127), shorts (Reg. No. 3,063,745 & 3,063,742), jackets (Reg. Nos. 2,016,963, 3,029,127, 3,063,742, 3,063,745, & 3,087,329), pants (Reg. No. 2,284,308 & 2,278,591), athletic training suits (Reg. No. 870,136), and hats (3,183,656 & 3,236,505). adidas also owns a federal registration for the word mark THE BRAND WITH THE THREE STRIPES (Reg. No. 1,674,229) for sports and leisure wear. The Three-Stripe Mark is well-known and famous. Indeed, unsolicited media coverage has referred to the "iconic three stripes" (*Footwear News*, June 16, 2008), the "signature three stripes" (*L.A. Times*, August 13, 2004), the "famous brand with the three stripes" (*San Francisco Chronicle*, July 7, 2002), and the "legendary Adidas three stripes" (*Brand Strategy*, September 27, 1999).

      As you are undoubtedly aware, adidas is the official supplier of authentic and replica jerseys, apparel, and equipment for numerous professional soccer teams, including the Hamburg Football Club, Newcastle United Football Club, A.C. Milan, Olympique de Marseille, and Chelsea Football Club. Notwithstanding our client's rights, it has come to our attention that your company has been offering for sale and selling apparel bearing confusingly similar imitations of the Three-Stripe Mark in the same manner as adidas apparel

US1900 9244798.1

EXHIBIT <u>12</u>
PAGE <u>72</u>

Mr. Rolando Villagran
September 3, 2009
Page 2

and that are imitations of the authentic apparel supplied by adidas.  Examples of this apparel
(and the authentic adidas apparel) are depicted below and on the top of the following page:



| Authentic adidas Apparel | Villagran Sports Apparel |
|---|---|

EXHIBIT _12_
PAGE _73_

Mr. Rolando Villagran
September 3, 2009
Page 3

| Authentic adidas Apparel | Villagran Sports Apparel |
|---|---|
|  |  |
|  |  |
|  |  |

US1900 9244798.1

EXHIBIT  12

PAGE  74

Mr. Rolando Villagran
September 3, 2009
Page 4

Sale of this apparel is likely to cause consumers to believe mistakenly that your products are licensed by, affiliated with, or sponsored by adidas. Your use of confusingly similar imitations of the Three-Stripe Mark constitutes trademark infringement, and unfair competition under federal and state law. As your attorneys will confirm, in addition to injunctive relief, the federal Trademark Act provides that, in cases such as this, the owner of a federal registration may recover actual damages and an accounting of profits (both of which may be trebled), and attorneys' fees. Similar remedies are available under various state laws, as are punitive damages.

adidas therefore demands that Villagran Sports: (1) immediately cease and desist from all sales of its infringing apparel, as well as any other apparel bearing designs in a manner likely to be confused with the Three-Stripe Mark; and (2) identify the number of units sold and the price at which each such unit of infringing apparel was sold.

If we do not receive a satisfactory response within ten (10) days of your receipt of this letter, we will take appropriate action to protect the rights of adidas.

We look forward to your prompt response.

Sincerely,

Sara M. Vanderhoff

Sara M. Vanderhoff

cc:    R. Charles Henn Jr., Esq.

US1900 9244798.1

EXHIBIT 12
PAGE 75

# Exhibit 13



**KILPATRICK
STOCKTON LLP**

Attorneys at Law

Suite 2800  1100 Peachtree St.
Atlanta GA 30309-4528
t 404 815 6500  f 404 815 6555
www.KilpatrickStockton.com

direct dial 404 685 6700
direct fax 404 685 6649
svanderhoff@kilpatrickstockton.com

November 3, 2009

*Via Hand Delivery*

Mr. Rolando Villagran
Villagran Sports / A1 Soccer Planet
330 Wall Street, Suite 7
Los Angeles, California 90013

      Re:   <u>Infringement of adidas's Intellectual Property Rights</u>

Dear Mr. Villagran:

      This letter is being hand-delivered to you by Heather Holdridge, a licensed private investigator from Brand Security Corporation, because we have not heard back from you in response to our September 2, 2009 and October 9, 2009 letters concerning the Infringing Apparel offered for sale and sold by Villagran Sports doing business as A1 Soccer Planet ("Villagran"). For ease of reference, copies of the September 2 and October 9 letters are attached.

      adidas demands that your company:

1. Immediately cease and desist the manufacture, importation, offer for sale, sale and/or distribution of the Infringing Apparel;

2. Voluntarily surrender for destruction, or other disposition, to our investigator, your entire inventory of Infringing Apparel;

3. Provide all transactional documents evidencing your purchase and/or sale of the Infringing Apparel;

4. Provide the contact details including the name, address, telephone number, email address and/or website of the individuals and/or companies who supplied you with the Infringing Apparel;

5. Provide an accounting of all Infringing Apparel sold, including the sales price of each item; and

US1900 9262051.1

ATLANTA  AUGUSTA  CHARLOTTE  DUBAI  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM

EXHIBIT _13_
PAGE _76_

Mr. Rolando Villagran
November 3, 2009
Page 2

6.  Provide written assurances that you will permanently discontinue all unauthorized use
    of The adidas Group companies' trademarks.

    If we do not receive from you a substantive response to my letters within ten (10) days,
adidas will have no choice but to pursue its remedies in a more formal and public manner.

                              Sincerely,

                              Sara M. Vanderhoff

                              Sara M. Vanderhoff

SMV/feg
Enclosure

cc:     R. Charles Henn Jr.

EXHIBIT  13

PAGE     77

 **KILPATRICK STOCKTON** LLP

Attorneys at Law

Suite 2800  1100 Peachtree St.
Atlanta GA 30309-4530
t 404 815 6500  f 404 815 6555
www.KilpatrickStockton.com

direct dial 404 685 6700
direct fax 404 685 6649
SVanderhoff@KilpatrickStockton.com

September 3, 2009

**VIA OVERNIGHT MAIL**

Mr. Rolando Villagran
Villagran Sports / A1 Soccer Planet
330 Wall Street, Suite 7
Los Angeles, California 90013

Re:    Infringement of adidas's Intellectual Property Rights

Dear Mr. Villagran:

This firm represents adidas America, Inc. and adidas AG in connection with intellectual property matters.  adidas requested that we contact you regarding the infringing apparel being sold by your company, Villagran Sports doing business as A1 Soccer Planet ("Villagran").

At least as early as 1967, adidas began using the Three-Stripe Mark on apparel sold in the United States and worldwide.  As you may be aware, adidas owns numerous federal trademark registrations covering the mark for apparel, including shirts (Reg. Nos. 2,058,619 & 3,029,127), shorts (Reg. No. 3,063,745 & 3,063,742), jackets (Reg. Nos. 2,016,963, 3,029,127, 3,063,742, 3,063,745, & 3,087,329), pants (Reg. No. 2,284,308 & 2,278,591), athletic training suits (Reg. No. 870,136), and hats (3,183,656 & 3,236,505).  adidas also owns a federal registration for the word mark THE BRAND WITH THE THREE STRIPES (Reg. No. 1,674,229) for sports and leisure wear.  The Three-Stripe Mark is well-known and famous.  Indeed, unsolicited media coverage has referred to the "iconic three stripes" (*Footwear News*, June 16, 2008), the "signature three stripes" (*L.A. Times*, August 13, 2004), the "famous brand with the three stripes" (*San Francisco Chronicle*, July 7, 2002), and the "legendary Adidas three stripes" (*Brand Strategy*, September 27, 1999).

As you are undoubtedly aware, adidas is the official supplier of authentic and replica jerseys, apparel, and equipment for numerous professional soccer teams, including the Hamburg Football Club, Newcastle United Football Club, A.C. Milan, Olympique de Marseille, and Chelsea Football Club.  Notwithstanding our client's rights, it has come to our attention that your company has been offering for sale and selling apparel bearing confusingly similar imitations of the Three-Stripe Mark in the same manner as adidas apparel

US1900 9244798.1

EXHIBIT 13
PAGE 78

Mr. Rolando Villagran
September 3, 2009
Page 2

and that are imitations of the authentic apparel supplied by adidas.  Examples of this apparel
(and the authentic adidas apparel) are depicted below and on the top of the following page:

| Authentic adidas Apparel | Villagran Sports Apparel |
|---|---|



EXHIBIT _13_____

PAGE ___79____

Mr. Rolando Villagran
September 3, 2009
Page 3



| Authentic adidas Apparel | Villagran Sports Apparel |
|---|---|

EXHIBIT _13_
PAGE _80_

Mr. Rolando Villagran
September 3, 2009
Page 4

Sale of this apparel is likely to cause consumers to believe mistakenly that your products are licensed by, affiliated with, or sponsored by adidas. Your use of confusingly similar imitations of the Three-Stripe Mark constitutes trademark infringement, and unfair competition under federal and state law. As your attorneys will confirm, in addition to injunctive relief, the federal Trademark Act provides that, in cases such as this, the owner of a federal registration may recover actual damages and an accounting of profits (both of which may be trebled), and attorneys' fees. Similar remedies are available under various state laws, as are punitive damages.

adidas therefore demands that Villagran Sports: (1) immediately cease and desist from all sales of its infringing apparel, as well as any other apparel bearing designs in a manner likely to be confused with the Three-Stripe Mark; and (2) identify the number of units sold and the price at which each such unit of infringing apparel was sold.

If we do not receive a satisfactory response within ten (10) days of your receipt of this letter, we will take appropriate action to protect the rights of adidas.

We look forward to your prompt response.

Sincerely,

Sara M. Vanderhoff

Sara M. Vanderhoff

cc:    R. Charles Henn Jr., Esq.

EXHIBIT     13
PAGE     81



**KILPATRICK STOCKTON** LLP

Attorneys at Law

Suite 2800  1100 Peachtree St.
Atlanta GA 30309-4528
t 404 815 6500  f 404 815 6555
www.KilpatrickStockton.com

direct dial 404 685 6700
direct fax 404 685 6649
svanderhoff@kilpatrickstockton.com

October 9, 2009

*Via Overnight Mail*

Mr. Rolando Villagran
Villagran Sports / A1 Soccer Planet
330 Wall Street, Suite 7
Los Angeles, California 90013

      Re:    <u>Infringement of adidas's Intellectual Property Rights</u>

Dear Mr. Villagran:

      We have not heard back from you in response to our September 2, 2009 letter concerning infringing apparel offered for sale and sold by Villagran Sports doing business as A1 Soccer Planet ("Villagran"). For ease of reference, I enclose a copy of the September 2 letter.

      adidas renews its demands that your company: (1) immediately cease and desist from all sales of its infringing apparel, as well as any other apparel bearing stripes in a manner likely to be confused with the Three-Stripe Mark; and (2) identify the number of units sold and the price at which each such unit of infringing apparel was sold.

      If we do not hear back from you within ten (10) days, adidas will have no choice but to pursue its remedies in a more formal and public manner.

      Sincerely,

Sara M. Vanderhoff

Sara M. Vanderhoff

SMV/feg
Enclosure

US1900 9262051.1

ATLANTA  AUGUSTA  CHARLOTTE  DUBAI  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM

EXHIBIT __13__
PAGE __82__

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Gary A. Feess and the assigned discovery Magistrate Judge is Paul L. Abrams.

The case number on all documents filed with the Court should read as follows:

## CV09- 90059 GAF (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** 312 N. Spring St., Rm. G-8 Los Angeles, CA 90012 | [ ] **Southern Division** 411 West Fourth St., Rm. 1-053 Santa Ana, CA 92701-4516 | [ ] **Eastern Division** 3470 Twelfth St., Rm. 134 Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

KEATS, McFARLAND & WILSON LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIDAS AMERICA, INC., and ADIDAS AG <br><br> PLAINTIFF(S), <br><br> v. <br><br> VILLAGRAN SPORTS, A1 SOCCER PLANET, and ROLANDO VILLAGRAN, individually and d/b/a/ VILLAGRAN SPORTS and A1 SOCCER PLANET, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV09-9059 GAF (PLAx) <br><br><br> **SUMMONS** |

**TO:**    THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiffs' attorney Dennis L. Wilson, whose address is:

**KEATS McFARLAND & WILSON LLP**
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

an answer to the ☑ **complaint** ☐ _____ **amended complaint** ☐ **counterclaim** ☐ **cross-claim** which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk, U. S. District Court

DATE: **- 9 DEC 2009**

By _____
                Deputy Clerk

                _(Seal of the Court)_

CV-01A (01/01)                                          SUMMONS

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| ADIDAS AMERICA, INC., and ADIDAS AG | VILLAGRAN SPORTS, A1 SOCCER PLANET and ROLANDO VILLAGRAN, individually and d/b/a VILLAGRAN SPORTS and A1 SOCCER PLANET |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| KEATS McFARLAND & WILSON LLP<br>9270 Wilshire Boulevard, Penthouse Suite<br>Beverly Hills, California 90212; Tel: (310) 248-3830 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:    JURY DEMAND:** ☑ Yes    ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes    ☑ No    ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
See Attachment "A"

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV09-9059

**FOR OFFICE USE ONLY:**    Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)    ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                                ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                                ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                                ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | ADIDAS AMERICA, INC. - Oregon<br>ADIDAS AG - Germany |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| VILLAGRAN SPORTS - Los Angeles<br>A1 SOCCER PLANET - Los Angeles<br>ROLANDO VILLAGRAN - Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
  Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date  12-9-2009

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

**ADIDAS AMERICA, INC. and ADIDAS AG v. VILLAGRAN SPORTS, et al.**

## CIVIL COVER SHEET

### ATTACHMENT A

1. FEDERAL TRADEMARK INFRINGEMENT (15 U.S.C. § 1114);

2. FEDERAL UNFAIR COMPETITION;

3. FEDERAL TRADEMARK DILUTION (15 U.S.C. § 1125(c));

4. STATE TRADEMARK DILUTION AND INJURY TO BUSINESS REPUTATION;

5. UNFAIR AND DECEPTIVE TRADE PRACTICES; and

6. COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION